AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA
v.
Jamie Cosilion-Lopez

WAIVER OF INDICTMENT

CASE NUMBER: CR-08-00168 RMW
HRL

I, __Jamie Cosilion-Lopez__, the above named defendant, who is accused of

__illegal re-entry, in violation of Title 18 U.S.C. seq 1326__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/20/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAR 20 2008
RICHA[RD]
CLERK, U.S. [DISTRICT COURT]
NORTHERN DIST[RICT OF CALIFORNIA]
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer