1
2
3
4
5
6
7                         IN THE UNITED STATES DISTRICT COURT
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| UNITED STATES OF AMERICA, | ***E-FILED - 4/3/08*** |
|---|---|
| Plaintiff, | CASE NO.: CR-08-00168-RMW |
| v. | **CLERK'S NOTICE OF CONTINUANCE** |
| JAIME COSILION-LOPEZ, | |
| Defendant. | |

   PLEASE TAKE NOTICE that the Status Hearing in the above-entitled matter which was previously set for April 14, 2008, has been continued to **April 21, 2008 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.


DATED: April 3, 2008

                                                           _____
                                                           JACKIE GARCIA
                                                           Courtroom Deputy for
                                                           Honorable Ronald M. Whyte

| | |
|---|---|
| 1 | Copy of Order E-Filed to Counsel of Record: |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |