***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte         **REPORTER:** Lee-Anne Shortridge

**DATE:** April 21, 2008              **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00168-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- JAIME COSILION-LOPEZ
         **APPEARANCES:**                  (P)  (C)

**PLTF:** AUSA: J. Schenk              **DEFT:** N. Humy
         **INTERPRETER:**               L. Acre

**COURT ACTION:** PLEA/SENTENCING

**Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. SENTENCING: Defendant waived preparation of a PSR, The Court sentenced the defendant to the custody of the B.O.P. for a period of 2 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 1 year. The defendant shall pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.**

                                    */s/ Jackie Garcia*
                                       JACKIE GARCIA
                                    **Courtroom Deputy**