**FILED**

MAY − 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-00168-01 RMW |
| Plaintiff, | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| v. | |
| JAIME COSILION-LOPEZ, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

☐  Presentence Report

☐  Plea Agreement

☒  Statement of Reasons

☐  _____
     (Other)

**IT IS SO ORDERED.**

Dated: May 7, 2008

*Ronald M Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE